\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ATHLETES FOR CHRIST, L.P., d/b/a SHIELDS OF STRENGTH | § § § § § § § § § § | CIVIL ACTION No. 1:15-cv-268 JUDGE RON CLARK BRC |
| *Plaintiff*, | | |
| v. | | |
| IRON WARRIOR JEWELRY, LLC, | | |
| *Defendant*. | | |

## ORDER GRANTING JOINT MOTION IN SUPPORT OF ORDER TO CONSOLIDATE

On July 7, 2015, Plaintiff Athletes for Christ sued Defendant Iron Warrior Jewelry in this court, asserting infringement of copyrights, trademarks, and design patents related to jewelry. *Athletes for Christ, L.P., d/b/a Shields of Strength v. Iron Warrior Jewelry LLC*, 1:15-cv-268-RC (the "Lead Case"). On August 5, 2015, a case between the same parties was transferred to this court. *Iron Warrior Jewelry, LLC v. Athletes for Christ, L.P., dba Shields of Strength*, 1:15-cv-307-RC (the "Transferred Case," formerly designated 2:15-cv-324-GMS in the U.S. District Court for the District of Arizona). The parties have now filed a joint motion to consolidate these two actions and requested that Iron Warrior Jewelry LLC accept service of the Complaint. (Dkt. # 12).

Upon stipulation of the parties and good cause appearing therefore, it is hereby

ORDERED, that Iron Warrior Jewelry LLC accepts service of the Complaint in the Lead Case named above;

1

FURTHER ORDERED, that the Lead Case and the Transferred Case be designated as related cases which involve common questions of law and fact;

FURTHER ORDERED, that the Lead Case named above and the Transferred Case be consolidated.

**So ordered and signed on**

**Aug 25, 2015**

_____
Ron Clark, United States District Judge